FILED
2007 May-08 AM 10:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BRANDY NICOLE CALHOUN | ) |

## O R D E R

The Court, after having considered the Government's Motion to unseal in the above-styled case, and for good cause shown, hereby ORDERS that the indictment in this matter be unsealed in the above styled matter.

UNITED STATES MAGISTRATE JUDGE

This the 8th day of May, 2007.