UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | } |
| | } |
| v. | } CASE NO. CR 07-B-0163-S |
| | } |
| BRANDY NICOLE CALHOUN, | } |
| | } |
| Defendant. | } |

ORDER

The trial of this case is hereby **RESET** to this court's trial docket commencing on **Monday, August 6, 2007,** at **9:00 a.m.**

Done this 12th day of July, 2007.

_____
**SHARON LOVELACE BLACKBURN**
Chief United States District Judge